UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-

    CHRISTOPHER MORALES,
                           Defendant,
----------------------------------------------------------- X

20 Cr. 496 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS a status conference was held on November 2, 2021.  It is hereby

**ORDERED** that the parties shall file a joint status letter on **January 4, 2022**, informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.  It is further

**ORDERED** the parties shall appear for a status conference on **January 10, 2022, at 4:30 p.m**.

Dated: November 2, 2021
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE