

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 24, 2022

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

   Re: *United States v. Christopher* Morales, Docket No. 20 Cr. 496 (LGS)

Dear Judge Schofield:

  The Government respectfully submits this letter, with the consent of the U.S. Probation Office ("Probation"), to request the unsealing of case file materials maintained by Probation relating to the defendant's reported violations of supervised release—specifically, all case notes prepared by Probation in connection with the defendant's supervision, and any records relating to the defendant's drug testing, participation in drug treatment, and August 23, 2021 arrest. The requested case file materials contain evidence that the Government, once in possession of the evidence, must disclose to the defendant pursuant to Title 18, United States Code, Section 3500 and/or pursuant to its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150, 154 (1972).

  The Government has been informed by Probation that the files cannot be turned over without an order from the Court unsealing them. Accordingly, the Government respectfully requests that the above-described case materials maintained by Probation be unsealed.

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 22.

Dated: March 1, 2022
New York, New York

               _____
                  LORNA G. SCHOFIELD
                  UNITED STATES DISTRICT JUDGE

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

by: /s/ _____
          Jane Chong
          Assistant United States Attorney
          (917) 763-3172

SO ORDERED:

Dated:    February _____, 2022
          New York, New York

          _____
          THE HONORABLE LORNA G. SCHOFIELD
          United States District Judge