UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -against-

    CHRISTOPHER MORALES,
                           Defendant,
------------------------------------------------------------ X

20 Cr. 496 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS an evidentiary hearing is currently scheduled for March 14, 2022, at 11:30 a.m.

    WHEREAS the Court has been informed that Mrs. Kathy Martinez will be called as a testifying witness at the evidentiary hearing. It is hereby

    **ORDERED** that the parties shall appear for conference on **March 14, 2022, at 10:00 a.m**. prior to the hearing. The party calling Mrs. Martinez as a witness shall arrange for Mrs. Martinez's appearance at this conference to discuss the possible appointment of counsel to represent her during the hearing. Attached is a financial affidavit for her to complete in advance.

Dated: March 11, 2022
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                    **UNITED STATES DISTRICT JUDGE**

| SDNY CJA 23 (Rev. 1/12) | FINANCIAL AFFIDAVIT |
|---|---|
| | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |

**IN THE UNITED STATES** ☐ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER *(Specify below)*

IN THE CASE OF

_____ v. _____

FOR _____

AT _____

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge
District Court
Court of Appeals

CHARGE/OFFENSE *(describe if applicable & check box →)*  ☐ Felony  ☐ Misdemeanor

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed?  ☐ Yes  ☐ No  ☐ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____
If married, is your spouse employed?  ☐ Yes  ☐ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No
IF YES, give the amount received and identify the sources
RECEIVED / SOURCES
$ _____
$ _____
$ _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts?  ☐ Yes  ☐ No  IF YES, total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No
IF YES, give value and description for each
VALUE / DESCRIPTION

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
___ Single
___ Married
___ Widowed
___ Separated or Divorced
Total No. of Dependents ___
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*
DESCRIPTION / TOTAL DEBT / MONTHLY PAYMENT

I certify under penalty of perjury that the foregoing is true and correct.

_____
SIGNATURE OF DEFENDANT
*(OR PERSON REPRESENTED)*

Date _____

_____
FD/CJA/RET. ATTORNEY    (PRINT)

☐ APPROVED    ☐ DENIED

_____
ASSISTANT UNITED STATES ATTORNEY (PRINT)

_____
SIGNATURE OF JUDICIAL OFFICER    DATE