UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                                :

UNITED STATES OF AMERICA,         :

                                      :

                                      :          20 Cr. 496 (LGS)

          -against-             :

                                      :             <u>ORDER</u>

CHRISTOPHER MORALES,         :

                       Defendant,  :
------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS a sentencing hearing is currently scheduled for April 28, 2022.  It is hereby

      **ORDERED** that sentencing currently scheduled for April 28, 2022, is adjourned to

**May 16, 2022, at 4:30 p.m.**

Dated: April 20, 2022
       New York, New York

                                   **LORNA G. SCHOFIELD**
                            **UNITED STATES DISTRICT JUDGE**